CLOYD DAVIS, Respondent, v. MANHASSET BAY ESTATES, INC., Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with

costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.